IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EMANUAL DELEON FIELDS,       )
ID # 1127671,               )
                Petitioner, )
vs.                         )            No. 3:05-CV-2075-D
                            )                  ECF
NATHANIEL QUARTERMAN, Director, )
Texas Department of Criminal    )
Justice, Correctional Institutions Division, )
                Respondent.  )

### RECOMMENDATION REGARDING CERTIFICATE OF APPEALABILITY

A Notice of Appeal has been filed in the above captioned action in which:

(X)     the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:

(X)     the party appealing should be GRANTED *in forma pauperis* status on appeal.

**COA**:

(  )    a Certificate of Appealability should be GRANTED.  (See issues set forth below).
(X)     a Certificate of Appealability should be DENIED.  (See reasons stated below).

**REASONS FOR DENIAL:** For the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **February 26, 2008**, which were adopted by the District Court on **April 16, 2008**, petitioner has failed to make a substantial showing of the denial of a constitutional right.  *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

**DATED** this 10th of June, 2008.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE